Earl W. Wolf, Respondent, *v.* Citizens Trust Company of Schenectady et al., Appellants.

Argued March 19, 1942; decided April 23, 1942.

*H. E. Blodgett* and *Howard Murrin* for appellants.

*Laurence V. Benedict* and *D. Vincent Cerrito* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Lehman, Ch. J., Loughran, Finch, Rippey, Lewis, Conway and Desmond, JJ.